Lea ROBINSON, Plaintiff–Appellant,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
Defendants–Appellees.

No. 06–13110
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 8, 2006.

W. Marvin Hardy, III, Gurney & Handley, P.A., Orlando, FL, for Plaintiff–Appellant.

Jerel C. Dawson, William J. Gallwey, III, Shutts & Bowen LLP, Stephen T. Mayer, Miami, FL, for Defendant–Appellee.

Before TJOFLAT, BIRCH and PRYOR, Circuit Judges.

PER CURIAM:

For the reasons stated in its order of April 28, 2006, we agree with the district court that appellee's decision to terminate appellant's long term disability benefits was not wrong. The court's judgment is therefore

AFFIRMED.